# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURWIN JAVIER MEDINA-PIRELA, | Case No. 1:26-cv-04220-KES-SAB-HC |
| Petitioner, | |
| v. | ORDER DIRECTING CLERK OF COURT TO UPDATE PETITIONER'S ADDRESS |
| WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, | |
| Respondent. | |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. In the petition, Petitioner lists what appears to be a residential address in Utah. However, Petitioner currently is detained at the California City Immigration Processing Center. (ECF No. 1 at 1.)

Accordingly, the Court HEREBY DIRECTS the Clerk of Court to update Petitioner's address to:

> California City Immigration Processing Center
> P.O. Box 2513
> California City, CA 93505

IT IS SO ORDERED.

Dated:    **June 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge